IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00261-AP

PIPER M. DILLARD,

       Plaintiff,

   v.

JO ANNE B. BARNHART, Commissioner of Social Security

       Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

                                      <u>For Plaintiff:</u>
                                      Patrick C.H. Spencer, II
                                      Spencer & Spencer
                                      830 Tenderfoot Hill Road, Suite 320
                                      Colorado Springs, CO 80906
                                      (719) 632-4808
                                      (719) 632-4807 (fax)
                                      E-mail:  patrick@2spencers.com

                                      <u>For Defendant:</u>
                                      Teresa H. Abbott
                                      Special Assistant United States Attorney

                                      *Mailing Address:*
                                      *1961 Stout Street, Suite 1001A*
                                      *Denver, Colorado  80294*
                                      E-mail: Teresa.Abbott@ssa.gov

                                      *Street Address:*
                                      1225 Seventeenth Street, Suite 700
                                      Denver, Colorado 80202
                                      (303) 454-0100
                                      (303) 454-0404 (fax)

**2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3.     DATES OF FILING OF RELEVANT PLEADINGS**

    **A.     Date Complaint Was Filed:**     February 16, 2006

    **B.     Date Complaint Was Served on U.S. Attorney's Office:**     March 6, 2006

    **C.     Date Answer and Administrative Record Were Filed**:     May 5, 2006

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

Defendant states that the record is complete.
Plaintiff states that the record is complete.

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

Defendant states there is no additional evidence.
Plaintiff states there is no additional evidence.

**6.     STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

Defendant states that this case raises no unusual claims or defenses.
Plaintiff states that this case raises no unusual claims or defenses.

**7.     OTHER MATTERS**

None.

**8.     PROPOSED BRIEFING SCHEDULE**

    **A.     Plaintiff's Opening Brief Due:**  July 7, 2006

    **B.     Defendant's Response Brief Due:**  August 7, 2006

    **C.     Plaintiff's Reply Brief (If Any) Due:** August 22, 2006

**9. STATEMENTS REGARDING ORAL ARGUMENT**

 **A.** **Plaintiff's Statement:** Plaintiff does not request oral argument.

 **B.** **Defendant's Statement:** Defendant does not request oral argument.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

 **A.** **( )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

 **B.** **(X)  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

 DATED this 5th day of June, 2006.

             BY THE COURT:

             S/John L. Kane
             U.S. DISTRICT COURT JUDGE

APPROVED:

s/ Patrick C.H. Spencer, II
Patrick C.H. Spencer, II
Spencer & Spencer
830 Tenderfoot Hill Road, Suite 320
Colorado Springs, CO 80906
(719) 632-4808
patrick@2spencers.com

Attorney for Plaintiff

WILLIAM J. LEONE
UNITED STATES ATTORNEY

s/ Kurt J. Bohn
KURT J. BOHN

Assistant U.S. Attorney
1225 Seventeenth Street, Suite 700
17th Street Plaza
Denver, Colorado 80202
Telephone: (303) 454-0100
kurt.bohn@usdoj.gov

s/ Teresa H. Abbott
By: Teresa H. Abbott
Special Assistant U.S. Attorney
teresa.abbott@ssa.gov

*Mailing Address:*
1961 Stout St., Suite 1001A
Denver, Colorado  80294

*Street Address:*
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado  80202
Telephone:  (303) 454-0100

Attorney for Defendant